IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY L. BOROWSKI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 12-6742 |
| **PREMIER ORTHOPAEDIC & SPORTS MEDICINE ASSOCIATION, LTD.** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 24th day of July, 2014, upon consideration of Defendant's "Motion for Summary Judgment" (doc. no. 28) and Plaintiff's response, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Judgment is hereby entered in favor of Defendant.

**IT IS FURTHER ODERED** that the Clerk of Court shall mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**